

**American Legal Claim Services, LLC**
PO Box 23650
Jacksonville, FL 32241-3650

# Invoice

**Invoice No.:** 1702
**Invoice Date:** 7/31/2015
**Terms:** Net 30
**Due Date:** 8/30/2015

**Bill To:**
Casey S. Nash
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

**Case Information:**

*Morgan v McCabe FDCPA*
*3:14CV695*

| Activity | Hours/Qty | Rate | Amount |
|---|---|---|---|
| NCOA Processing | 1 | 100.00 | 100.00 |
| Import and Process Data | 5 | 100.00 | 500.00 |
| Document Formatting | 4 | 125.00 | 500.00 |
| Print and Mail Notice Package | 4,850 | 0.45 | 2,182.50 |
| Administration Print and Mail | 7 | 125.00 | 875.00 |
| Production Quality Control | 8 | 60.00 | 480.00 |
| Process FOEs | 19 | 1.50 | 28.50 |
| Process Undeliverable Mail | 934 | 0.35 | 326.90 |
| Remails to Updated Addresses | 17 | 1.50 | 25.50 |
| Staff Hours Processing Undeliverable Mail | 1 | 60.00 | 60.00 |
| Project Administration | 10 | 125.00 | 1,250.00 |
| Postage | | 2,384.83 | 2,384.83 |

**Total** $8,713.23

http:\\americanlegal.com    904-517-1442



**American Legal Claim Services, LLC**
PO Box 23650
Jacksonville, FL 32241-3650

# Invoice

**Invoice No.:** 1718
**Invoice Date:** 8/31/2015
**Terms:** Net 30
**Due Date:** 9/30/2015

**Bill To:**
Casey S. Nash
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

**Case Information:**

*Morgan v McCabe FDCPA*
*3:14CV695*

| Activity | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Process FOEs | 3 | 1.50 | 4.50 |
| Process Undeliverable Mail | 166 | 0.35 | 58.10 |
| Staff Hours Processing Undeliverable Mail | 1.5 | 60.00 | 90.00 |
| Project Administration, Exception Processing | 2 | 125.00 | 250.00 |
| Expenses | | | |
| First Class Postage | | 1.46 | 1.46 |

**Total** **$404.06**

http:\\americanlegal.com    904-517-1442



**American Legal Claim Services, LLC**
PO Box 23650
Jacksonville, FL 32241-3650

# Invoice

**Invoice No.:** 1755
**Invoice Date:** 9/30/2015
**Terms:** Net 30
**Due Date:** 10/30/2015

**Bill To:**
Casey S. Nash
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

**Case Information:**

*Morgan v McCabe FDCPA*
*3:14CV695*

| Activity | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Project Administration, Exception Processing | 6 | 125.00 | 750.00 |
| Management Hours for Reporting/Follow-up | 2 | 125.00 | 250.00 |

**Total** $1,000.00

http:\\americanlegal.com  904-517-1442



**American Legal Claim Services, LLC**
PO Box 23650
Jacksonville, FL 32241-3650

# Invoice

**Invoice No.:** 1790
**Invoice Date:** 10/31/2015
**Terms:** Net 30
**Due Date:** 11/30/2015

**Bill To:**
Casey S. Nash
Consumer Litigation Associates PC
1800 Diagonal Road
Suite 600
Alexandria, VA 22314

**Case Information:**

*Morgan v McCabe FDCPA*
*3:14CV695*

| ACTIVITY | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Obtain Tax ID | 1 | 60.00 | 60.00 |
| Management Hours for Reporting/Follow-up | 1 | 125.00 | 125.00 |
| Amended Notice Mailing 9/21 | 4,850 | 0.4501 | 2,183.00 |
| Amended Notice 9/21 Postage |  | 2,052.40 | 2,052.40 |
| Credit for Amended Notice Mailing and Postage |  | -4,235.40 | -4,235.40 |

**Total** $185.00

http:\\americanlegal.com        904-517-1442